UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> FARRAH M. BIG CROW, ROBERT W. CLIFFORD; and THE OGLALA SIOUX TRIBE, <br><br> Defendants. | CIV. 15-5008-LLP <br><br> **NOTICE OF SALE** |

Notice is given pursuant to a Judgment and Decree of Foreclosure Sale entered by the U.S. District Court, District of South Dakota, Western Division, on October 31, 2016, in the above-entitled action, there is now owed to Plaintiff United States of America, the amount of $79,920.34, plus interest from the date of Judgment at the rate of .66% computed daily and compounded annually until paid in full plus additional costs necessarily incurred in enforcing the Judgment.

The leasehold interest to be sold is described as:

LOT 15, BLOCK 30, LOCATED WITHIN THE SW1/4 SE1/4 NE1/4 SW1/4, SE1/4 SW1/4 NE1/4 SW1/4, W1/2 NESESW1/4, E1/4 NW1/4 SE1/4 SW1/4, SECTION 7, T35N., R44W., 6TH PM, SD, CONTAINING 7.66 ACRES, MORE OR LESS.

All of Borrowers' right, title, and interest in and to a lease agreement for an original term of 25 years, automatically extended for an additional term of 25 years, dated December 21, 1999, between the Oglala Sioux Tribe as lessor and owner, and Farrah Big Crow and Robert Clifford, Sr., as lessees, including any extensions and renewals thereof.

I will sell the above-described leasehold interest to the highest bidder who is an enrolled member of the Oglala Sioux Tribe, the Oglala Sioux Tribe itself, or an eligible tribal organization, at the front door of the Fall River County Courthouse in Hot Springs, South Dakota, on June 14, 2017, at 11:00 a.m. MDT.

Approximately ten days after the sale, the purchaser shall receive a Certificate of Sale executed and acknowledged, which will be recorded in the Office of the Register of Deeds, and with the Bureau of Indian Affairs. The sale is subject to the Borrowers' right of redemption.

TERMS: All bidders except the United States of America, Cash, on day of sale. Personal or corporate check will be accepted with a letter of credit or guarantee (subject to verification) from the bank upon which the check is drawn.

Prospective purchaser should direct legal questions to their own attorney prior to the date of sale.

Dated this 11th day of April, 2017.

PAUL C. THIELEN
United States Marshal

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 13, 2017, service of the Notice of Sale was made upon the defendants by mailing a true and correct copy thereof by first class mail to:

Farrah Big Crow
PO Box 1907
Pine Ridge, SD 57770

Robert Clifford
P.O. Box 89
Wounded Knee, SD 57794

Steve Gunn
Sjgunn37@gmail.com (via CM/ECF)

/s/ Meghan K. Roche
Meghan K. Roche